IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRANDON TERRELL DAVIS,<br><br>        Defendant. | 4:12CR3072-1<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 77) is granted.

2. Defendant Brandon Terrell Davis' sentencing is continued to Monday, May 6, 2013, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 25th day of February, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge