IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BRANDON TERRELL DAVIS,<br><br>                Defendant. | 4:12CR3072<br><br>FINAL ORDER OF FORFEITURE |

      This matter is before the Court upon the plaintiff's Motion for Final Order of Forfeiture (filing 80). On December 10, 2012, the Court entered a preliminary order of forfeiture (filing 66) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 21 U.S.C. §§ 841 and 846, and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the preliminary order of forfeiture, the defendant's interest in $2,767.00 in United States currency was forfeited to the United States.

      As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 17, 2012, as required by Rule G(4)(a)  of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 79) was filed on February 25, 2013. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

      IT IS ORDERED:

      1.    The plaintiff's Motion for Final Order of Forfeiture (filing 80) is granted.

      2.    All right, title, and interest in and to the $2,767.00 in United States currency, held by any person or entity, are hereby forever barred and foreclosed:

      3.    The $2,767.00 in United States currency is forfeited to the plaintiff;

4. The plaintiff is directed to dispose of the properties described above in accordance with law.

DATED this 6th day of May, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge