IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3072 |
| vs. | ORDER |
| BRANDON TERRELL DAVIS, | |
| Defendant. | |

This matter is before the Court on the defendant's motion to terminate supervised release (filing 122). The Court may do so "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(2); *see* Fed. R. Crim. P. 32.1(c); *United States v. Mosby*, 719 F.3d 925, 930 (8th Cir. 2013); *see also* U.S.S.G. § 5D1.2 cmt. n.5. The Court finds it is warranted here. Accordingly,

IT IS ORDERED:

1.   The defendant's motion to restrict (filing 121) is granted.

2.   The defendant's motion to terminate supervised release (filing 122) is granted.

3.   The defendant is discharged from supervision and the proceedings in this case are terminated.

Dated this 18th day of December, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge